## GOTTLIEB GRISSLER AND ANOTHER *v.* JOSEPH R. STUYVESANT.

*Motion to revive action — reference — action.*

This action was brought to restrain defendant from continuing proceedings, commenced by him to recover possession of certain premises occupied by the plaintiffs. The plaintiffs obtained an injunction, giving an undertaking in the sum of $5,000. The injunction was subsequently dissolved, and defendant's demurrer to the complaint sustained, and judgment given for costs. Defendant having died, his executor made a motion to revive the action, in order to have a reference to compute the damages under the injunction. The motion was denied, and, upon appeal, this order was affirmed, the court holding that the appellant's representatives could obtain all their rights by bringing an action upon the undertaking.

APPEAL from an order, denying a motion made by the executor of defendant to revive the action.

*Douglass Campbell*, for the appellant.

*John J. Townsend*, for the respondents.

Opinion by LAWRENCE, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order affirmed, with costs.